1 | JOHN E. KELLY, ESQ. (CA Bar 40,217)
2 | SCOTT W. KELLEY, ESQ. (CA Bar 110,702)
MICHAEL A. DiNARDO, ESQ. (CA Bar 216,991)
3 | KELLY LOWRY & KELLEY, LLP
6320 Canoga Avenue, Suite 1650
4 | Woodland Hills, California 91367
Tel:   (818) 347-7900
5 | Fax:   (818) 340-2859
E-Mail: mike@klkpatentlaw.com

6 | Attorneys for Plaintiff CB Worldwide, Inc.
7 | d/b/a Mammoth Pet Products

8 | **UNITED STATES DISTRICT COURT**

9 | **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11 | CB WORLDWIDE, INC., d/b/a )  Case No. **CV11  02734  JFW  (JEMx)**
12 | MAMMOTH PET PRODUCTS, )
California corporation, )  **COMPLAINT FOR DECLARATORY**
13 | )  **JUDGEMENT RE INVALIDITY AND/OR**
)  **NON-INFRINGEMENT OF:**
14 |            Plaintiff, )  **(1) US TRADEMARK REGISTRATION;**
)  **(2) TRADE DRESS AND PRODUCT**
15 |    v. )  **CONFIGURATION TRADEMARK; and**
)  **(3) DESIGN PATENT**
16 | THOMAS M. KELLY, an )
individual )  **and**
17 | )
            Defendant. )  **DEMAND FOR JURY TRIAL**
18 | )

19

20

21

22

23

24

25

26

27

28

KELLY LOWRY & KELLEY, LLP
6320 Canoga Avenue, Suite 1650
Woodland Hills, CA 91367

Plaintiff, CB Worldwide, Inc. d/b/a Mammoth Pet Products (usually "Plaintiff" or "Mammoth"), for its Complaint against Defendant, Thomas M. Kelly (usually "Defendant" or "Kelly") alleges:

### JURISDICTION AND VENUE

1.     This is a complaint for declaratory judgment of invalidity and non-infringement of a registered trademark, an unregistered trade dress and/or product configuration trademark, and a design patent arising under the Declaratory Judgment Act (28 U.S.C. §§ 2201 and 2202), the Lanham Act (15 U.S.C. §§ 1114 and 1125), and the patent laws of the United States (35 U.S.C. §§ 271 and 281).  The Court has jurisdiction over the subject matter of these causes of action pursuant to 28 U.S.C. § 1338(a) and (b), as well as, 15 U.S.C. § 1121.

2.     Venue is proper in this judicial district under Title 28 United States Code §§ 1391(b) and (c) and 1400(b).

### THE PARTIES

3.     Plaintiff CB Worldwide Inc. d/b/a Mammoth Pet Products ("Plaintiff") is a California corporation having an address and place of business at 376 South Westmoreland Ave, Los Angeles, CA, within this judicial district.  Plaintiff conducts business within this judicial district by selling its products to customers and placing its products in stores located within this judicial district.

4.     Upon information and belief, Defendant Thomas M. Kelly is an individual residing at 6 Putnam Avenue, City of Norwalk, State of Connecticut. Plaintiff is informed and believes and based thereon, alleges that Defendant conducts business within this judicial district by selling and/or purposefully causing others to sell his products to customers and placing and/or purposefully causing others to place his products in stores located within this judicial district and committing and/or causing others to commit the acts complained of.

# FACTUAL ALLEGATIONS

5.     Plaintiff has been and is currently engaged in the business of manufacturing, importing, selling, marketing, advertising, promoting and distributing dog chew toys, specifically including dog retrieval toys having a generally spherical body and a plurality, i.e., three, lengths of material extending from the bottom as arms (the "Accused Products"). The Accused Products are sold under the trade name Squeaky Freaks. An exemplar of the Accused Products is attached as Exhibit A.

6.     Upon information and belief, Defendant has been and is currently engaged in the business of selling, marketing, advertising, promoting and distributing dog chew toys, specifically including dog retrieval toys having a generally spherical body, a smaller sphere extending from the top as a head, and a plurality, i.e., four, lengths of material extending from the bottom as arms (the "Defendant's Products"). An exemplar of the Defendant's Products is attached as Exhibit B.

7.     Upon information and belief, Defendant's Products are advertised, marketed and sold under a trademark and patent license to Defendant's Licensee - Kong Company, LLC - based in Golden, Colorado, which distributes Defendant's Products nationwide, including in this judicial district.

8.     Upon information and belief, Defendant and its licensee purposefully caused Defendant's Products to be sold, marketed, advertised, promoted and distributed in the regular course of business in the State of California, within this judicial district and in interstate commerce.

9.     Upon information and belief, Defendant has transacted and is doing business in this judicial district by reason of personally and through his licensees, continuously causing Defendant's products to be advertised and sold to existing and potential customers (e.g., PetSmart) located within this judicial district.

10.     On or about March 21, 2011, Defendant sent a letter to Plaintiff, accusing Plaintiff of infringing certain trademark, patent and related intellectual

property rights alleged to be owned by Defendant and demanding that Plaintiff cease and desist from further infringing activity. The infringing activity involved, *inter alia*, manufacturing, advertising and distributing and/or selling Plaintiff's Accused Products. A true and correct copy of the March 21, 2011 letter is attached as Exhibit C.

11.   Plaintiff's claims against Defendant regarding all causes of action stated in these pleadings arose in this judicial district.

**FIRST CAUSE OF ACTION**

(Declaratory Judgment re Registered Trademark)

12.   Plaintiff incorporates by reference the allegations contained in paragraphs 1 thru 11.

13.   Upon information and belief, Defendant owns U.S. Trademark Registration No. 3,284,201 ("the Registered Mark") directed generally to the shape of an animal retrieval toy having a generally spherical body, a smaller sphere extending from the top as a head, and a plurality, i.e., four, lengths of material extending from the bottom as arms.  A true and correct copy of the Registered Mark is attached as Exhibit D.

14.   In his March 21, 2011 letter, Defendant has accused Plaintiff of, inter alia, infringing the Defendant's Registered Mark in animal retrieval toys by virtue of selling the Accused Products.

15.   Defendant has created a justiciable controversy with Plaintiff by his accusations.

16.   Defendant's Registered Mark in animal retrieval toys is invalid as functional, non-distinctive and/or lacking in secondary meaning.

17.   Plaintiff has not infringed or cause likelihood of confusion relative to Defendant's Registered Mark in animal retrieval toys by virtue of distributing and selling the Accused Products.

Complaint for Declaratory Judgment
CB Worldwide v. Thomas M Kelly
Case No. 11-CV-

18.     Plaintiff is entitled to a judgment declaring that Defendant's Registered Mark in animal retrieval toys is invalid.

19.     Plaintiff is entitled to a judgment declaring that it does not and has not infringed Defendant's Registered Mark in animal retrieval toys as depicted.

## SECOND CAUSE OF ACTION

(Declaratory Judgment re Trade Dress and Product Configuration Mark)

20.     Plaintiff incorporates by reference the allegations contained in paragraphs 1 thru 11.

21.     Upon information and belief, Defendant claims to own trade dress rights and a product configuration trademark (collectively, "the Product Configuration Mark") directed generally to the shape of an animal retrieval toy having a generally spherical body, a smaller sphere extending from the top as a head, and a plurality, i.e., four, lengths of material extending from the bottom as arms.

22.     In his March 21, 2011 letter, Defendant has accused Plaintiff of, inter alia, infringing the Defendant's Product Configuration Mark in animal retrieval toys by virtue of selling the Accused Products.

23.     Upon information and belief, Defendant's claims to the Product Configuration Mark relate in some matter to the product configuration embodied in his Registered Mark.

24.     Upon information and belief, Defendant has asserted trademark, trade dress, and/or related product configuration rights in animal retrieval toys as depicted in the Product Configuration Mark.

25.     Defendant has created a justiciable controversy with Plaintiff by his accusations.

26.     Defendant's alleged Product Configuration Mark is invalid as functional, non-distinctive and lacking in secondary meaning.

Complaint for Declaratory Judgment
CB Worldwide v. Thomas M Kelly
Case No. 11-CV-

27.     Plaintiff has not infringed or cause likelihood of confusion relative to Defendant's alleged Product Configuration Mark by virtue of distributing and selling the Accused Products.

28.     Plaintiff is entitled to a judgment declaring that Defendant's alleged Product Configuration Mark is invalid.

29.      Plaintiff is entitled to a judgment declaring that it does not and has not infringed Defendant's alleged Product Configuration Mark.

### THIRD CAUSE OF ACTION

(Declaratory Judgment re Patent)

30.     Plaintiff incorporates by reference the allegations contained in paragraphs 1 thru 11.

31.     Upon information and belief, Defendant owns U.S. Design Patent No. D423,152 ("the D152 patent") directed generally to a dog retrieval toy having a generally spherical body, a smaller sphere extending from the top as a head, and a plurality, i.e., four, lengths of material extending from the bottom as arms.  A true and correct copy of the D152 patent is attached as Exhibit E

32.     In his March 21, 2011 letter, Defendant has impliedly accused Plaintiff of, inter alia, infringing the D152 patent by virtue of selling the Accused Products.

33.     Defendant has created a justiciable controversy with Plaintiff by his accusations.

34.     Defendant's D152 patent is invalid under 35 U.S.C. §§ 102, 103 and/or 112.

35.     Plaintiff is entitled to a judgment declaring that Defendant's D152 patent is invalid under 35 U.S.C. §§ 102, 103 and/or 112

36.     The Accused Products do not infringe, either directly or under the doctrine of equivalents, the D152 patent.

37.     Plaintiff is entitled to a judgment declaring that it does not infringe the D152 patent.

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, Plaintiff CB Worldwide, Inc. d/b/a Mammoth Pet Products prays that this Court enter judgement as follows:

A.     That Defendant's Registered Mark for animal retrieval toys is invalid and a nullity;

B.     That Defendant's Registered Mark for animal retrieval toys is not infringed by Plaintiff's Accused Products or any conduct of Plaintiff;

C.     That Defendant's alleged trademarks, trade dress and/or product configuration rights in animal retrieval toys as depicted in the Registered Mark and the Product Configuration Mark are invalid and a nullity;

D.     That Defendant's alleged trademarks, trade dress and/or product configurations rights in animal retrieval toys as depicted in the Registered Mark and the Product Configuration Mark are not infringed by Plaintiff's Accused Products or any conduct of Plaintiff;

E.     That U.S. Design Patent No. D423,152 is invalid;

F.     That U.S. Design Patent No. D423,152 is not infringed by Plaintiff's Accused Products or any conduct of Plaintiff;

G.     That Plaintiff be awarded its attorneys' fees pursuant to 35 U.S.C. § 285 and 15 U.S.C. § 1117;

H.     That Plaintiff be awarded compensatory and increased damages;

I.     That Plaintiff have such other and further relief as the Court may deem just and proper.

1

## **DEMAND FOR JURY TRIAL**

2

3

Plaintiff CB Worldwide, Inc. d/b/a Mammoth Pet Products hereby demands a

trial by jury.

4

5  Dated: March 31, 2011                    Respectfully submitted:

6                                           KELLY LOWRY & KELLEY, LLP

7

8  By: _____

John E. Kelly, Esq.

9  Scott W. Kelley, Esq.

Michael A. DiNardo, Esq.

Attorneys for Plaintiff CB Worldwide, Inc.

10  d/b/a Mammoth Pet Products

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



EXHIBIT "A"



EXHIBIT "B"

# Baker Hostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

David A. Einhorn
direct dial: 212.589.4644
deinhorn@bakerlaw.com

March 21, 2011

**VIA EXPRESS MAIL**

Mammoth Pet Products
P.O. Box 1645
38 Laurel Mountain Road
Mammoth Lakes, CA 93546

Re:    *Infringement of Registered Trade Dress*

Dear Sirs:

Our firm serves as intellectual property counsel to Thomas M. Kelly.  Our client is the owner of a trade dress registration for the product configuration shown on the attached copy of the registration ("the Trade Dress").  Our client has acquired substantial goodwill with respect to its trade dress due to the extensive and continuous use of the Trade Dress for over twelve (12) years.  We also bring to your attention our client's Design Patent No. 423152 for an animal retrieval toy.

We are aware of your unauthorized manufacture and sale of "Squeaky Freaks" products which have product configurations likely to cause confusion with our client's registered Trade Dress (the "Product Configuration").  Your unauthorized use of the Product Configuration for identical goods (dog toys) is causing and will cause confusion or mistake in the minds of the public.  Such use constitutes infringement of the Trade Dress.

For these reasons, we have been instructed to demand that you immediately cease and desist from further use of the Product Configuration.  In addition, we demand that you take the following actions:

(a)    Immediately recall and remove from the market all Squeaky Freaks and other products bearing the Product Configuration;

(b)    Immediately recall and remove from the market all Squeaky Freaks and other dog toy advertising, promotional or any other material (including Web pages) used by your company displaying the Product Configuration;

*Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa*
*Denver     Houston     Los Angeles     New York     Orlando     Washington, DC*

503297587

# EXHIBIT "C"

## BAKER & HOSTETLER LLP

Mammoth Pet Products
March 21, 2011
Page 2

     (c)    Provide to this office an accurate inventory of (i) merchandise bearing the Product Configuration which is currently held in stock by your company, and (ii) merchandise bearing the Product Configuration which has already been sold by your company;

     (d)    Provide to this office a complete listing of buyers, retailers and distributors which your company is currently soliciting for purchase of products bearing this Product Configuration, as well as a complete listing of buyers, retailers and distributors who have sold products bearing this Product Configuration; and

     (e)    Provide to this office an accounting of your profits in connection with the sale of products bearing the Product Configuration.

Unless we received a written response to this letter **by Friday, April 1, 2011**, our client may pursue additional legal action including, but not limited to, seeking injunctive relief, monetary damages, and attorneys' fees resulting from your willful and continuing acts of infringement and unfair competition.

Very truly yours,

David A. Einhorn

DAE/ads
Enclosure

503297587

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,284,201
Registered Aug. 28, 2007

## TRADEMARK
### PRINCIPAL REGISTER



KELLY, THOMAS M (UNITED STATES INDIVI-
    DUAL)
6 PUTNAM AVENUE
NORWALK, CT 06854

FOR: DOG TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38
AND 50).

FIRST USE 1-15-1999; IN COMMERCE 1-15-1999.

THE MARK CONSISTS OF THE SHAPE OF AN
ANIMAL RETRIEVAL TOY.

SEC. 2(F).

SER. NO. 76-663,567, FILED 7-24-2006.

TRACY CROSS, EXAMINING ATTORNEY

**EXHIBIT "D"**



US00D423152S

# United States Patent [19]

## Kelly

[11] **Patent Number:** **Des. 423,152**

[45] **Date of Patent:** ✱✱ **Apr. 18, 2000**

[54] **ANIMAL RETRIEVAL TOY**

[76] Inventor: **Thomas M. Kelly**, 60 Putnam Ave., Norwalk, Conn. 06854

[**] Term: **14 Years**

[21] Appl. No.: **29/098,888**

[22] Filed: **Jan. 7, 1999**

[51] **LOC (6) Cl.** ........................................ **30-99**
[52] **U.S. Cl.** ........................................ **D30/160**
[58] **Field of Search** ................. D30/160; 119/706–711; D21/576, 623

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 197,889 | 4/1964 | Hass ..................................... | D30/160 |
| D. 202,330 | 9/1965 | Fisher ................................... | D30/160 |
| D. 285,708 | 9/1986 | Schroeder ............................. | D21/623 |
| D. 328,328 | 7/1992 | Juarez .................................. | D21/623 |
| D. 355,279 | 2/1995 | O'Rourke et al. ................... | D30/160 |
| D. 356,354 | 3/1995 | Killion ................................. | D30/160 |
| D. 360,712 | 7/1995 | Bush ..................................... | D30/160 |
| D. 366,673 | 1/1996 | Harling-Berg ........................ | D21/623 |
| D. 368,502 | 4/1996 | Liao ..................................... | D30/160 |
| D. 405,849 | 2/1999 | Witkin .................................. | D21/576 |
| D. 413,697 | 9/1999 | Druhan ................................. | D30/160 |
| 3,727,583 | 4/1973 | Muraro ................................. | 119/711 |
| 5,314,369 | 5/1994 | Gamble ................................. | D30/160 |
| 5,706,762 | 1/1998 | Dokken ................................. | 119/712 |
| 5,961,406 | 10/1999 | Hass ..................................... | 119/707 |

*Primary Examiner*—Cathy Anne MacCormac
*Attorney, Agent, or Firm*—Anderson Kill & Olick

[57] **CLAIM**

An ornamental design for an animal retrieval toy, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an animal retrieval toy according to my new design;
FIG. **2** is a top perspective view thereof; and
FIG. **3** is a left-side perspective view (the right-side perspective view being the same) thereof; and,
FIG. **4** is a bottom perspective view thereof.

**1 Claim, 2 Drawing Sheets**



**EXHIBIT "E"**

**U.S. Patent**     Apr. 18, 2000     Sheet 1 of 2     **Des. 423,152**

*FIG. 1*



*FIG. 2*



*FIG.3*

*FIG.4*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : Des 423,152                                   Page 1 of  1
DATED         : April 18, 2000
INVENTOR(S)  : Thomas M. Kelly

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
[76] Inventor: Thomas M. Kelly, **6** Putnam Ave., Norwalk, Conn. 06854

Signed and Sealed this

Thirteenth Day of November, 2001

*Attest:*

*Nicholas P. Godici*

NICHOLAS P. GODICI
*Acting Director of the United States Patent and Trademark Office*

*Attesting Officer*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

### CV11- 2734 JFW (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

John E. Kelly, Esq. (Bar No. 40,21 *i*)
Michael A. DiNardo, Esq. (Bar No. 216,991)
KELLY LOWRY & KELLEY, LLP
6320 Canoga Avenue, Suite 1650
Woodland Hills, CA 91367
Tel: (818) 347-7900   Fax: (818) 340-2859

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CB WORLDWIDE, INC. d/b/a MAMMOTH PET PRODUCTS, California corporation<br><br>PLAINTIFF(S)<br><br>v.<br><br>THOMAS M. KELLY, an Individual,<br><br><br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV11  02734 JFW** (JEMx)<br><br><br><br>**SUMMONS** |

TO:     THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
Michael A. DiNardo
_____, whose address is:

Kelly Lowry & Kelley, LLP
6320 Canoga Avenue, Suite 1650
Woodland Hills, CA 91367

an answer to the ☒ complaint ☐_____amended complaint ☐ counterclaim ☐ cross-claim
which is herewith served upon you within __*21*__ days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

Clerk, U.S. District Court

**CHRISTOPHER POWERS**

Dated: ____MAR 3 1 2011____                  By: _____
                                                              Deputy Clerk

*(Seal of the Court)*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| CB WORLDWIDE, INC. d/b/a MAMMOTH PET PRODUCTS, California corporation | THOMAS M. KELLY, an Individual |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): Los Angeles | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Michael A. DiNardo, Esq.  Tel: (818) 347-7900<br>KELLY LOWRY & KELLEY, LLP  Fax: (818) 340-2859<br>6320 Canoga Avenue, Suite 1650<br>Woodland Hills, CA 91367 | Attorneys (If Known) |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ I U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No  ☑ **MONEY DEMANDED IN COMPLAINT: $** to be determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No  ☐ Yes

If yes, list case number(s): 

**FOR OFFICE USE ONLY:** Case Number: _____

CV11 02734

CV-71 (07/05)  CIVIL COVER SHEET  Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

### AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No  ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

Ventura County

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

Placer County

**List the California County**, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date ____March 31. 2011____

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |